UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISH NETWORK, L.L.C.,

    Plaintiff,

v.                                                Case No.  6:12-cv-1629-Orl-28TBS

TV NET SOLUTIONS, LLC,  MOHAMMAD
MUSTAFA,  OMAR RAHEEM,

    Defendants.

## ORDER

This case comes before the Court on Plaintiff's Motion for Order Requiring Defendants to Confer Regarding Past Due and Inadequate Discovery Responses (Doc. 31).  Today, the Court heard from counsel for the parties and now, the motion is GRANTED.  Counsel for the parties shall engage in a substantive conference regarding all pending discovery issues on or before May 28, 2013.  Defense counsel's inability to communicate with his clients shall not constitute good cause to defer decision on any of the pending discovery issues or for otherwise failing to comply with this Order.[1]

IT IS SO ORDERED.

---

[1] The underlying discovery issues first arose in March, 2013 and the Court is unaware of any good reason why defense counsel has not discussed them with his clients before now.  The Court is also unaware of any reason why permitting further delay for this discussion to occur would be appropriate.

DONE AND ORDERED in Orlando, Florida, on May 21, 2013.

*signature*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel